**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-00980-RPM, 04-cv-01945-RPM
Criminal Action No. 99-cr-00317-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABEL SAENZ,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Matsch, Senior Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 28th day of February, 2006.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        SENIOR JUDGE, UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO