# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00380-RPM, 04-cv-01945-RPM
Criminal Action No. 99-cr-00317-RPM

U.S.A.,

    Plaintiff,

v.

ABEL SAENZ,

    Defendant/Movant.

## ORDER TO CURE DEFICIENCY

Matsch, Senior Judge

    Movant submitted a Motion for Leave to Proceed In Forma Pauperis on Appeal and Supporting Affidavit on February 21, 2006. The court has determined that the document is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
    __X__ is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
    ____ is not submitted
    ____ is missing affidavit
    ____ is missing required financial information
    ____ is missing an original signature by the prisoner
    __X__ is not on proper form (must use the court's current form)
    ____ other

Accordingly, it is

**ORDERED** that movant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that movant files in response to this order must include the civil action number and criminal action number on this order. It is

**FURTHER ORDERED** that the clerk of the court mail to movant, together with a copy of this order, an original and one copy of the following forms:   Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

**FURTHER ORDERED** that, if movant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 28th day of February, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
SENIOR JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO