UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.    99-cr-00317-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ABEL SAENZ,

       Defendant.
_____

## ORDER FOR CLARIFICATION
_____

The Tenth Circuit Court of Appeals by its order and judgment of July 25, 2007,

directed that this Court proceed to grant Abel Saenz an evidentiary hearing to provide

an opportunity to present his evidence that his difficulty with the English language

prevented his understanding of the proceedings against him and that his counsel was

constitutionally ineffective in ways unrelated to the length of sentence.  On January 25,

2008, Abel Saenz filed a pleading requesting an order to the Bureau of Prisons to

produce his legal documents and legal material.  The motion does not specify what

documents and legal material are being withheld from him.  The hearing that was held

in this court on November 8, 2005, was continued because Mr. Saenz said that he

could not proceed because he did not have his papers with him, having sent them

home.  Mr. Saenz also dismissed his court-appointed attorney.  It is this Court's

intention to schedule a new hearing by video conference, permitting Abel Saenz to

appear, *pro se*, to support his contention.  It appears from the motion of January 25,

2008, that Mr. Saez will again assert that he is unable to proceed because he does not have his papers.  Under these circumstances, it is

ORDERED that Abel Sanez shall, on or before March 7, 2008, file with this court and serve on Assistant United States Attorney Gregory Rhodes a list of what documents are being withheld from him that are necessary for presentation of his claim and shall also set forth the witnesses he intends to call and exhibits he intends to submit at the hearing to be scheduled.

DATED: February 8th, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

<u>CERTIFICATE OF SERVICE</u>

Re: Case No. 99-cr-00317-RPM

The undersigned certifies that a copy of the foregoing Order was served on February _____, 2008, by depositing the same in the United States Mail addressed to:

Abel Saenz #29129-013
Federal Correctional Complex
FCI Oakdale, SMU-137
P. O. Box #5050
Oakdale, LA 71463

GREGORY C. LANGHAM, CLERK


By _____
                      Deputy

Abel Saenz #29129-013
FCI
1900 Simler Ave.
Big Spring, TX 79720