UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.   99-cr-00317-RPM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ABEL SAENZ,

  Defendant.
_____

ORDER SETTING TIME FOR GOVERNMENT'S RESPONSE
_____

  On April 14, 2009, this Court entered an Order Directing Government Response, directing counsel for the government to respond to the *pro se* filings by Abel Saenz, alleging interference by the Bureau of Prisons with his ability to proceed with this civil action in which he is *pro se*. Because the order directed counsel to make inquiries of BOP personnel, no time limit was set on the response. To this time no response has been filed. It is now

  ORDERED that the government will comply with the Order Directing Government Response on or before June 15, 2009.

  DATED: May 29th, 2009

            BY THE COURT:

            s/Richard P Matsch
            _____
            Richard P. Matsch, Senior District Judge