FILED
United States Court of Appeals
Tenth Circuit

November 16, 2009

UNITED STATES COURT OF APPEALS

Elisabeth A. Shumaker
Clerk of Court

FOR THE TENTH CIRCUIT

---

In re:

ABEL SAENZ,

    Petitioner.

No. 09-1508
(D.C. Nos. 1:03-CV-980-RPM &
1:99-CR-317-RPM)
(D. Colo.)

---

ORDER

---

Before **KELLY**, **HARTZ**, and **TYMKOVICH**, Circuit Judges.

---

Abel Saenz has filed a petition for a writ of mandamus asking this court for an order directing the district court to "fast track his case" and "comply with this court's mandate [on] his 28 U.S.C. [§] 2255 claims." Pet. at 7. In July 2007, this court remanded Mr. Saenz's § 2255 case to the district court with instructions to grant Mr. Saenz an evidentiary hearing. *See United States v. Saenz*, 241 F. App'x 532, 537 (10th Cir. 2007). Although a hearing has not yet taken place, the district court has been taking action on Mr. Saenz's case. As recently as April of this year, the district court entered an order directing the government to address certain issues relating to Mr. Saenz's status in order to determine the viability of conducting a hearing. The government filed a response to that order in June. Because the case appears to be progressing in the district court without undue

delay, mandamus relief is not warranted at this time. *Cf. Johnson v. Rogers*, 917 F.2d 1283, 1285 (10th Cir. 1990) (granting writ of mandamus where district court had delayed acting on petitioner's habeas petition for fourteen months).

Accordingly, the petition for a writ of mandamus is DENIED. The motion for leave to proceed in forma pauperis is GRANTED.

                                                Entered for the Court,

                                                *Elisabeth A. Shumaker*

                                                ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | November 16, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Abel Saenz
FCI - Beaumont Low
P.O. Box 26020
Beaumont, TX 77720
#29129-013

**RE:   09-1508, In re: Abel Saenz**
Dist/Ag docket: 1:03-CV-980-RPM, 1:99-CR-317-RPM

Dear Petitioner:

Enclosed please find an order issued today by the court. Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Andrew A. Vogt

EAS/klp