UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.   99-cr-00317-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ABEL SAENZ,

       Defendant.
_____

ORDER DIRECTING BUREAU OF PRISONS TO CONSIDER TRANSFER TO
COLORADO DEPARTMENT OF CORRECTIONS
_____

       Upon review of the pleading signed by Abel Saenz on June 29, 2009, and filed in this court on July 9, 2009, designated Defendant's Reply to the Government's Response to the Court Order to Report the Defendant Saenz Status, it appears that although Mr. Saenz has questioned his conviction by claiming ineffective assistance of counsel, the purpose of his filings under 28 U.S.C. § 2255 has been the transfer of his custody to the Colorado Department of Corrections so that he may serve his state sentence and this federal sentence concurrently.  Because this court does not have the jurisdiction to order that transfer, it is now

       ORDERED that the Bureau of Prisons shall evaluate and consider transfer of custody to the Colorado Department of Corrections to enable Mr. Saenz to serve his state sentence and to designate the state facility for the service of the remainder of the federal sentence.  The government counsel will file a response to this order on or before February 26, 2010.

       DATED:   January 26th, 2010

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge