UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 99-cr-00317-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ABEL SAENZ,

        Defendant.
_____

ORDER ON RESPONSES TO ORDER TO SHOW CAUSE
_____

On June 22, 2010, this Court issued an order to show cause to the Bureau of Prisons requiring that it show cause why the request of Abel Saenz to be transferred to state custody for the remaining months of his federal sentence should not be granted at a hearing to be held within 30 days. In that order the Court indicated that it considered such a transfer to be appropriate relief under 28 U.S.C. § 2255 because it would enable Mr. Saenz to pursue a motion in the Adams County District court to seek a ruling that the custodial sentence of that court imposed on May 29, 1997, be deemed to have run concurrently with the federal sentence. That state sentence is the basis for a detainer filed with the BOP.

The government filed a written response to the order to show cause on July 2, 2010, asking that the order for hearing be vacated as outside the Court's jurisdiction and as inappropriate relief for a § 2255 petition. The response explains that although Mr. Saenz has completed an RDAP program, he is not eligible for release under 18 U.S.C. § 3621(e) because if he is released to the detainer, Mr. Saenz could not participate in the community treatment component of the RDAP program.

Mr. Saenz on July 12, 2010, moved for an order to compel Adams County Assistant District Attorney Jane Colgan and attorney Donald Lozow to participate in the show cause hearing to address the concurrent sentencing issue which Mr. Saenz says was the subject of an agreed motion in the Adams County District Court case.

On July 19, 2010, Mr. Saenz filed a reply to the government's response to the show cause order. In that reply, Mr. Saenz makes clear his contention that he was arrested by the U.S. Marshal while he was in the Boulder County Jail and that his federal prosecution proceeded without a writ of habeas corpus ad prosequendum, depriving him of the opportunity to obtain concurrent sentences. That is a primary contention in his § 2255 proceeding that his plea was made with the understanding that the sentences would be concurrent.

Because it is now apparent that a resolution of the contentions made in this case will apparently require the appointment of counsel to represent Mr. Saenz both in this Court and in the Adams County District Court, it is

ORDERED, that the hearing to be held under this Court's order of June 22, 2010, will not be convened, and it is

FURTHER ORDERED, that counsel will be appointed for the limited purpose of pursuing the contentions of Abel Saenz concerning concurrent sentences.

DATED: July 21st, 2010

BY THE COURT:

s/Richard P. Matsch

———————————————
Richard P. Matsch, Senior District Judge