UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.   99-cr-00317-RPM

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ABEL SAENZ,

                Defendant.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


        Defendant's Motion to Modify Terms and Conditions of Supervised Release [299] and Motion for Status Conference [300] filed July 6, 2011, are set for hearing on **July 13, 2011, at 11:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: July 11, 2011