UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No.   99-cr-00317-RPM
Civil Action No. 03-cv00980-RPM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ABEL SAENZ,

   Defendant.
_____

ORDER FOR FINAL JUDGMENT DISMISSING MOTION
PURSUANT TO 28 U.S.C. § 2255
_____

   Pursuant to the hearing held today on the claim of ineffective assistance of counsel and after hearing from Abel Saenz in support of the motion and upon the findings that the defendant / petitioner does not contest his guilt of the offense and that the court concludes that whatever may be a defective performance by counsel Donald Lozow there was no prejudice to the defendant affecting his conviction and sentence, it is therefore

   ORDERED that final judgment shall enter dismissing the petition to vacate sentence under 28 U.S.C. § 2255.

   DATED:  July 13th, 2011

             BY THE COURT:

             s/Richard P. Matsch
             _____
             Richard P. Matsch, Senior District Judge