UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   99-cr-00317-RPM
Civil Action No. 03-cv-00980-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ABEL SAENZ,

        Defendant.
_____

## JUDGMENT
_____

      Pursuant to the Order for Final Judgment Dismissing Motion Pursuant to 28 U.S.C. § 2855, signed by Senior District Judge Richard P. Matsch on July 13, 2011, it is

      ORDERED the Petition to Vacate Sentence under 28 U.S.C. § 2255 by defendant Abel Saenz is dismissed.

      DATED:   July 13th , 2011

                                    FOR THE COURT:

                                    GREGORY C. LANGHAM, Clerk

                                        s/M. V. Wentz
                          By: _____
                                       Deputy Clerk